In re:  Case No. 17-05295-HWV

George H Gruber, Jr.  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 28, 2020  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5013028 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 28 2020 18:56:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

**Name**    **Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Heather Stacey Riloff
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC heather@mvrlaw.com Michelle@mvrlaw.com

Janet M. Spears
    on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Johanna Hill Rehkamp
    on behalf of Debtor 1 George H Gruber  Jr. jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com

Lorraine Gazzara Doyle
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ldoyle@friedmanvartolo.com

|  | Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
|---|---|
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-05295-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

George H Gruber, Jr.
7018 Brookdale Drive
Harrisburg PA 17111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: Bayview Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837

Name and Address of Transferee:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146
Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/30/20

Terrence S. Miller
**CLERK OF THE COURT**