United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                              Case No. 17-05295-HWV
George H Gruber, Jr.                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                             Page 1 of 2
Date Rcvd: Apr 06, 2021                      Form ID: pdf010                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

**Recip ID              Recipient Name and Address**
+    AM Management Co., 4255 Catalina Lane, Harrisburg, PA 17109-4306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021                            Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

**Name**                           **Email Address**

Charles J DeHart, III (Trustee)
                                 TWecf@pamd13trustee.com

Heather Stacey Riloff
                                 on behalf of Creditor BAYVIEW LOAN SERVICING LLC heather@mvrlaw.com  Michelle@mvrlaw.com

Janet M. Spears
                                 on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Johanna Hill Rehkamp
                                 on behalf of Debtor 1 George H Gruber  Jr. jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com

Lorraine Gazzara Doyle
                                 on behalf of Creditor BAYVIEW LOAN SERVICING LLC ldoyle@friedmanvartolo.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon
                                 on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com | |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
: CHAPTER 13
GEORGE H. GRUBER, JR. :
AKA GEORGE H. GRUBER :
    Debtor : CASE NO: 1:17-bk-05295-HWV

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Amended Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that AM Management Co., the employer of the Debtor, George H. Gruber, Jr., is hereby directed to deduct from the salary of George H. Gruber, Jr., the sum of $225.23 bi-weekly for a period of forty-five (45) months, from April 2021 until December 2024, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that AM Management Co. shall notify the Trustee if the Debtor's employment is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: April 5, 2021      By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)