IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| GEORGE H. GRUBER, JR. : | |
| AKA GEORGE H. GRUBER : | |
| Debtor : | CASE NO: 1:17-bk-05295-HWV |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021          CUNNINGHAM CHERNICOFF &
                                 WARSHAWSKY, P.C.

                                 By:     /s/ Johanna H. Rehkamp
                                     Johanna H. Rehkamp, Esquire
                                     Cunningham & Chernicoff, P.C.
                                     2320 North Second Street
                                     Harrisburg, PA 17110
                                     (717) 238-6570
                                     jhr@cclawpc.com


Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021          CUNNINGHAM CHERNICOFF &
                                 WARSHAWSKY, P.C.

                                 By:     /s/ Robert E. Chernicoff
                                     Robert E. Chernicoff, Esquire
                                     2320 North Second Street
                                     P. O. Box 60457
                                     Harrisburg, PA 17106-0457
                                     (717) 238-6570
                                     rchernicoff@cclawpc.com