In re:                                                    Case No. 17-05295-HWV

George H Gruber, Jr.                                      Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                              Page 1 of 2

Date Rcvd: Apr 17, 2023                  Form ID: trc                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5489984 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2023 18:42:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2023 at the address(es) listed below:**

**Name**                    **Email Address**

Brian C Nicholas

          on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Brian C Nicholas

          on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Heather Stacey Riloff

          on behalf of Creditor BAYVIEW LOAN SERVICING LLC heather@mvrlaw.com  Michelle@mvrlaw.com

Jack N Zaharopoulos

          TWecf@pamd13trustee.com

Janet M. Spears

          on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Lorraine Gazzara Doyle

on behalf of Creditor BAYVIEW LOAN SERVICING LLC ldoyle@logs.com  LOGSECF@logs.com

Mario J. Hanyon

on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Robert E Chernicoff

on behalf of Debtor 1 George H Gruber  Jr. rec@cclawpc.com,
jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-05295-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

George H Gruber, Jr.
7018 Brookdale Drive
Harrisburg PA 17111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/15/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741 | Land Home Financial Services, Inc. as servicer<br>3611 South Harbor Blvd Suite 100<br>Santa Ana, CA  92704<br>Land Home Financial Services, Inc. as se<br>3611 South Harbor Blvd Suite 100<br>Santa Ana, CA  92704 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/19/23

Terrence S. Miller
**CLERK OF THE COURT**