United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-05295-HWV |
| George H Gruber, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 24, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

**Recip ID**      **Recipient Name and Address**
+      AM Management Co., 4255 Catalina Lane, Harrisburg, PA 17109-4306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Heather Stacey Riloff
     on behalf of Creditor BAYVIEW LOAN SERVICING LLC heather@mvrlaw.com Michelle@mvrlaw.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Janet M. Spears
     on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Lorraine Gazzara Doyle
     on behalf of Creditor BAYVIEW LOAN SERVICING LLC ldoyle@squirelaw.com LOGSECF@logs.com

Mario J. Hanyon
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Robert E Chernicoff
    on behalf of Debtor 1 George H Gruber Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
GEORGE H. GRUBER, JR. : CASE NO: 1:17-bk-05295-HWV
AKA GEORGE H. GRUBER :
    Debtor :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtor for termination of a wage attachment, Doc. 98, it is

**ORDERED** that AM Management Co., the employer of the Debtor, George H. Gruber, Jr., is directed to discontinue deduction from the bi-weekly salary of George H. Gruber, Jr., the sum of $277.38, immediately.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 24, 2025