In re:  Case No. 17-05295-HWV

George H Gruber, Jr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Mar 26, 2025  Form ID: 3180W  Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George H Gruber, Jr., 7018 Brookdale Drive, Harrisburg, PA 17111-5065 |
| 5007332 | | Bayview Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 5007333 | + | Dauphin County Tax Claim, 2 South 2nd Street, 1st Floor, Harrisburg, PA 17101-2047 |
| 5007338 | + | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5007339 | + | Littman Jewelerys, 1000 Mac Arthur Blvd, Mahwah, NJ 07430-2035 |
| 5007341 | + | North Shore Agency, Po Box 3002, Phoenixville, PA 19460-3002 |
| 5007343 | + | Stellar Recovery, PO Box 48370, Jacksonville, FL 32247-8370 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 26 2025 18:48:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| cr | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 26 2025 18:49:01 | Wells Fargo Bank, N.A., MAC Q2132-023, PO Box 94423, Albuquerque, NM 87199 |
| 5007331 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 26 2025 18:48:54 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 5015341 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 26 2025 18:40:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5013028 | | EDI: LCIBAYLN | Mar 26 2025 22:41:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 5014853 | | Email/PDF: bncnotices@becket-lee.com | Mar 26 2025 18:48:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5368101 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2025 18:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5368100 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2025 18:40:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5007334 | | EDI: DISCOVER | Mar 26 2025 22:41:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 5007335 | | EDI: CITICORP | Mar 26 2025 22:41:00 | DSNB/Macys, P.O. Box 8218, Mason, OH 45050 |
| 5016262 | | EDI: Q3G.COM | Mar 26 2025 22:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5009530 | | EDI: DISCOVER | Mar 26 2025 22:41:00 | Discover Bank, Discover Products Inc, PO Box |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 5007336 | ^ MEBN | Mar 26 2025 18:38:34 | 3025, New Albany, OH 43054-3025 Hayt, Hayt & Landau, Attn: Robert L. Baroska, III, Esq., 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5007337 | EDI: IRS.COM | Mar 26 2025 22:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5534472 | ^ MEBN | Mar 26 2025 18:38:38 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704, Land Home Financial Services, Inc. as se, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5534471 | ^ MEBN | Mar 26 2025 18:38:38 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5007340 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2025 18:40:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5031774 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2025 18:40:00 | Midland Funding, LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5007342 | EDI: G2RSPSECU | Mar 26 2025 22:41:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5489983 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2025 18:40:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5489984 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 26 2025 18:40:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5021819 | + EDI: CBSTDR | Mar 26 2025 22:41:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5031320 | EDI: AIS.COM | Mar 26 2025 22:41:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5025286 | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Mar 26 2025 18:48:46 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 5013812 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 26 2025 18:48:54 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4927 |
| 5007344 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 26 2025 18:49:01 | Wells Fargo Bank, NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 5007345 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Mar 26 2025 18:49:01 | Wells Fargo Dealer Services, P.O. Box 1697, Winterville, NC 28590-1697 |
| 5007346 | + Email/Text: pitbk@weltman.com | Mar 26 2025 18:40:00 | Weltman, Weinberg & Reis, Attn: Matthew D. Urban, Esq., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Land Home Financial Services  Inc., as servicer for Laelia LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor BAYVIEW LOAN SERVICING LLC heather@mvrlaw.com  Michelle@mvrlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ldoyle@squirelaw.com  LOGSECF@logs.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Robert E Chernicoff | on behalf of Debtor 1 George H Gruber  Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: George H Gruber Jr. | Social Security number or ITIN: xxx-xx-7266 | EIN: __-_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____ | EIN: __-_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:17-bk-05295-HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George H Gruber Jr.
aka George H Gruber

3/26/25

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　page 2